



# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VAIDA A. JOHNSON** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 99-302** |
| **AMERICAN COMMERCIAL LINES, L.L.C.** | * | **SECTION "T"** |
| | * | **MAGISTRATE "2"** |

**************************************************************************

## STIPULATION OF DISMISSAL

**NOW INTO COURT**, come Plaintiff, Vaida A. Johnson, and Defendant, American Commercial Lines LLC, and having resolved all claims, request that all of Plaintiff's claims be dismissed in their entirety with prejudice, each party to bear their own costs.

IT IS ORDERED, ADJUDGED, AND DECREED, that all of Plaintiff's claims against American Commercial Lines LLC be dismissed in their entirety with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 16ᵗʰ day of May, 2000.

N0490849.1

DATE OF ENTRY
MAY 1 7 2000



_____

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

ROBERT B. WORLEY, JR. (#17212) T.A.
REBECCA G. MOORE (#22554)
JONES, WALKER, WAECHTER, POITEVENT,
   CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone:  (504) 582-8000
Facsimile:   (504) 582-8583

**COUNSEL FOR DEFENDANT,
AMERICAN COMMERCIAL LINES LLC**

James L. Arruebarrena
Dwight L. McNamara
ARRUEBARRENA & MCNAMARA
3621 Ridgelake Drive, Suite 300
Metairie, Louisiana  70002

**ATTORNEY FOR PLAINTIFF,
VAIDA A. JOHNSON**

N0490849 1

2